| | |
|---|---|
| **REID COLLINS & TSAI LLP**<br>Marc S T Dworsky (SBN 157413)<br>4450 Via Alegre<br>Santa Barbara, CA 93110<br>Telephone: (626) 429-4022<br>mdworsky@reidcollins.com | **LABATON SUCHAROW LLP**<br>Ira A. Schochet (admitted *pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0864<br>ischochet@labaton.com<br><br>*Additional counsel for Petitioner 507 Summit LLC* |
| **REID COLLINS & TSAI LLP**<br>Yonah Jaffe (admitted *pro hac vice*)<br>420 Lexington Avenue, Suite 2731<br>New York, NY 10170<br>Telephone: (212) 344-5200<br>yjaffe@reidcollins.com<br><br>*Counsel for Petitioners*<br><br>\**Pro hac vice* applications forthcoming | **PALLAS PARTNERS (US) LLP**<br>Duane L. Loft\*<br>Shireen Barday\*<br>John McAdams\*<br>75 Rockefeller Plaza<br>New York, NY 10019<br>Telephone: (212) 970-2300<br>Duane.Loft@pallasllp.com<br>Shireen.Barday@pallasllp.com<br>John.McAdams@pallasllp.com<br><br>*Additional counsel for Petitioners Oasis Focus Fund LP and Quadre Investments, L.P.* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>507 Summit LLC, Oasis Focus Fund LP, and Quadre Investments, L.P.,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | **CASE NO. 4:23-mc-80243-DMR**<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

**JOINT STATUS REPORT**

Petitioners 507 Summit LLC, Oasis Focus Fund LP, and Quadre Investments, L.P. ("Petitioners") and Respondent James Liang ("Respondent," and together with Petitioners, "the Parties") respectfully submit this Joint Status Report pursuant to the Court's January 18, 2024 Order, ECF No. 22.

On September 21, 2023, Petitioners filed an Application pursuant to 28 U.S.C. § 1782 seeking leave to serve a subpoena on Respondent, ECF No. 1.

On January 18, 2024, the Court entered a joint stipulation between the Parties under which, among other things, Respondent agreed to make Mr. Tony Jiang, a knowledgeable witness, available for a deposition (the "Ocean Link Deposition") on or before February 16, 2024, ECF No. 22.

The Ocean Link Deposition occurred on January 22, 2024. The Parties are conferring as to the status of Petitioners' Application and a related application against another individual associated with Ocean Link Partners II GP Limited in the United States District Court for the District of Arizona captioned *In re Application of 507 Summit LLC, et al.*, Case No. 2:23-mc-00040-MTL (D. Ariz.).

The Parties agree that the proceedings shall be stayed until March 18, 2024. By the same date, the Parties shall file either a dismissal or a status report.

Dated:  February 16, 2024

By:    /s/ *Marc S T Dworsky*

**REID COLLINS & TSAI LLP**
Marc S T Dworsky (SBN 157413)
mdworsky@reidcollins.com
4450 Via Alegre
Santa Barbara, CA 93110
Telephone: (626) 437-3117

**REID COLLINS & TSAI LLP**
Yonah Jaffe (admitted *pro hac vice*)
yjaffe@reidcollins.com
420 Lexington Avenue
Suite 2731
New York, NY 10170
Telephone: (212) 344-5200

*Counsel for Petitioners*

**LABATON SUCHAROW LLP**
Ira A. Schochet (admitted *pro hac vice*)
ischochet@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0864

*Additional counsel for Petitioner 507 Summit LLC*

|   |   |
|---|---|
| 1 |   |
| 2 | **PALLAS PARTNERS (US) LLP**<br>Duane L. Loft* |
| 3 | Shireen Barday*<br>John McAdams* |
| 4 | Duane.Loft@pallasllp.com<br>Shireen.Barday@pallasllp.com |
| 5 | John.McAdams@pallasllp.com<br>75 Rockefeller Plaza |
| 6 | New York, NY 10019 |
| 7 | Telephone: (212) 970-2300 |
| 8 | *Additional counsel for Petitioners Oasis Focus Fund LP and Quadre Investments, L.P.* |
| 9 |   |
| 10 | **Pro hac vice* application forthcoming |
| 11 | By: /s/ *Evert J. Christensen, Jr.* |
| 12 | **WEIL, GOTSHAL & MANGES LLP**<br>Evert J. Christensen, Jr.* |
| 13 | Milana Bretgoltz* |
| 14 | Evert.Christensen@weil.com<br>Milana.Bretgoltz@weil.com |
| 15 | 767 Fifth Avenue<br>New York, NY 10153 |
| 16 | Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| 17 |   |
| 18 |   |
| 19 | *Counsel for Respondent and Non-Party Ocean Link Partners II GP Limited* |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**FILER'S ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I, Marc S. T. Dworsky, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

By: /s/ Marc S. T. Dworsky

JOINT STATUS REPORT AND [PROPOSED] ORDER - CASE NO. 4:23-mc-80243-DMR

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

SO ORDERED this 22nd Day of February, 2024

_____
The Honorable Donna M. Ryu Chief Magistrate Judge